Dan Baldino, trading as Dan Baldino & Company, Appellee, v. Hyman Kadison, Appellant.

Gen. No. 22,604. (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. CHARLES N. GOODNOW, Judge, presiding. Heard in this court at the October term, 1916. Reversed and judgment here. Opinion filed February 19, 1917.

## Statement of the Case.

Action by Hyman Kadison, plaintiff, against Dan Baldino, trading as Dan Baldino & Company, defendant, to recover a commission on an exchange of real estate. From a judgment for plaintiff for $975, defendant appeals.

HARRY C. KINNE and CHARLES E. CARPENTER, for appellant.

MILES J. DEVINE and JOHN T. MURRAY, for appellee.

MR. JUSTICE DEVER delivered the opinion of the court.

## Abstract of the Decision.

BROKERS, § 37*—*when broker is not procuring cause of exchange of property.* Where the plaintiff, after submitting to the defendant a proposition for trade of defendant's real estate for certain other real estate which the defendant rejected and informed the plaintiff he wanted cash for his property, took no further action in the matter and about ten months later a trade of such real estate was effected through another agent, who effected such trade by first procuring a purchaser for the real estate the defendant took in the trade, *held* that the plaintiff was not the procuring cause of the trade, notwithstanding he first proposed it.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.